PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Thomas Michael Doepner**

**Docket No. 0:00CR00159-001(ADM)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto,** U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Thomas Michael Doepner** who was sentenced on December 14, 2000, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing
Drug aftercare and testing
Alcohol abstinence

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

Mr. Doepner tested positive for cocaine on October 29, 2004. The defendant admitted drug use.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following. The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 4th day of November, 2004, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Ann D. Montgomery
U.S. District Judge

Respectfully,

[signature]

Lisa L. Martinetto
U.S. Probation Officer

Place St. Paul
Date November 3, 2004

c: United States Sentencing Commission

SCANNED