PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Thomas Michael Doepner**

**Docket No. 0:00CR00159-1(ADM)**

**Petition on Supervised Release**

COMES NOW **LISA L. MARTINETTO**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Thomas Michael Doepner** who was sentenced on December 14, 2000, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory Drug Testing
Drug Treatment
Alcohol Restriction

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall refrain from any unlawful use of a controlled substance.

The defendant has admittedly continued his drug use, has missed scheduled urine tests, has failed to attend counseling at Recovery Resource Center, and has failed to continue to attend community support groups.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 22nd day of December, 2004, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

James M. Rosenbaum

Respectfully,

Lisa L. Martinetto
U.S. Probation Officer

Place St. Paul
Date December 21, 2004

c: United States Sentencing Commission

DEC 22 2004