Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Thomas Michael Doepner

Docket No. 0:00CR00159-001 (ADM)

**HEARING WAIVER**

I, Thomas Michael Doepner, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

Signed: [signature]
Thomas Michael Doepner
Supervised Releasee

Witness: [signature]
Lisa L. Martinetto
U.S. Probation Officer

Dated: 12-21-04

DEC 22 2004