**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Jonathan G. Lebedoff |
| Plaintiff, | ) | U.S. Chief Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 00-159 ADM |
| | ) | Date: January 31, 2005 |
| **Thomas Michael Doepner**, | ) | Court Reporter: None |
| | ) | Tape Number: Not available |
| Defendant. | ) | Time Commenced: 11:05 a.m. |
| | | Time Concluded: 11:10 a.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Nate Petterson
Assistant U.S. Attorney

**Defendant:** Scott Tilsen
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English

Date Charges Filed: January 26, 2005 Offense: Tested positive for controlled substances. Failure to complete treatment program and home detention. Failure to give UA's.

TCharges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T Supervised Release

9 **Charges from other District ____________________________________________________**

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is February 3, 2003 at 10:00 a.m. before U.S. Magistrate Judge J Earl Cudd for:

T detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Signature of Judicial Assistant