**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
**Thomas Michael Doepner**, )
)
Defendant. )

**COURT MINUTES - CRIMINAL**
BEFORE: J. Earl Cudd
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 00-159 ADM |
| Date: | February 3, 2005 |
| Court Reporter: | None |
| Tape Number: | 2005-4-104-162 |
| Time Commenced: | 10:30 a.m. |
| Time Concluded: | 10:35 a.m. |
| Time in Court: | 5 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Nate Petterson
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T **Supervised Release**

9 **Charges from other District** ______________________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $_____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before _________________on___________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information:
**Final Revocation hearing on February 11, 2004 at 10:00 a.m. before Judge Montgomery.**

s/Joan Flood
Signature of Judicial Assistant