# UNITED STATES DISTRICT COURT

## District of Minnesota

JAN 27 4 50 PM '05

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-159 (1) ADM**

0541-0127-0578-D

Thomas Michael Doepner

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Thomas Michael Doepner

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Jackie Mehl

(By) Jackie Mehl, Deputy Clerk

January 27, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ____________

Date Received: ________________________ Date of Arrest: ________________________

Name and Title of Arresting Officer ________________________ Signature of Arresting Officer ________________________

ARRESTED ON 1-28-05
ARRESTED BY USMS-MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

SCANNED
FEB 07 2005