**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

THOMAS MICHAEL DOEPNER,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 00-159(1)(ADM/AJB) 1 |
| Date: | February 11, 2005 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 10:00 a.m. |
| Time Concluded: | 10:30 a.m. |
| Time in Court: | 30 Minutes |

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Scott Tilsen

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waived his right to a hearing.

## ORDERED:

Defendant is committed to the custody of the Bureau of Prisons for 60 days. When released from custody he shall be on supervised release for the remainder of the term that was originally imposed which expires on June 3, 2009.

Defendant remanded to custody of the U.S. Marshal.

s/Gertie Simon
Courtroom Deputy