USM

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

2005 FEB 15 A 10: 30

UNITED STATES OF AMERICA
v.
**THOMAS MICHAEL DOEPNER**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-159(1)(ADM/AJB)**
USM Number: **09473-041**
Social Security Number: **6218**
Date of Birth: **1959**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Lyonel Norris**
Defendant's Attorney

US MARSHALS SERVICE
MPLS., MN
MAR 8 10 23 AM '05
RECEIVED

**THE DEFENDANT:**

[X] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Defendant tested positive for narcotics. | 10/29/04, 11/2/04, 12/21/04, 12/22/04 1/12/05 & 1/19/05 |
| Special Condition #1 | Defendant failed to complete a drug treatment program. | June 2004-January 2005 |
| Special Condition #5 | Defendant failed to complete the home detention program due to drug use while on the program. | December 2004 |

**The defendant is sentenced as provided in pages 2 through 4 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**February 11, 2005**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY,** United States District Judge
Name & Title of Judge

**February 14, 2005**
Date

A true printed copy in 4 sheet(s) of the electronic record filed on 2/14/05 in the United States District Court for the District of Minnesota.
CERTIFIED, 2/14, 2005
RICHARD D. SLETTEN
BY: [signature] Deputy Clerk

SCANNED
APR 1 2005
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: THOMAS MICHAEL DOEPNER
CASE NUMBER: 00-159(1)(ADM/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **60 days**.

[X] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Same as above

Defendant delivered on 3-3-05 to Benton Co. Jail

at Foley MN 56329 with a certified copy of this judgment.

Mary B Herman
Prog. Coord.
Benton Co. Jail

United States Marshal

By

Deputy United States Marshal

DEFENDANT: THOMAS MICHAEL DOEPNER
CASE NUMBER: 00-159(1)(ADM/AJB)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release until his original expiration date of June 3, 2009.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: THOMAS MICHAEL DOEPNER
CASE NUMBER: 00-159(1)(ADM/AJB)

## SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall reside for a period of 120 days at a community corrections center as approved by the Probation Office and he shall abide by all the rules and regulations of that facility.

b The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

c The defendant shall be required to under mandatory drug testing as set forth by 18 U.S.C. §§ 3563(a) and 3583(d).

d The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

e The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.