**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | |
| | ) | Case No: CR 00-159-01 ADM |
| v. | ) | Date: November 14, 2005 |
| | ) | Court Reporter: |
| **Thomas Michael Doepner**, | ) | Tape Number: |
| | ) | Time Commenced: 11:10 a.m. |
| Defendant. | ) | Time Concluded: 11:15 a.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Kate Menendez

☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 5/2/05 Offense:

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☐ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ with conditions, see Order Setting Conditions of Release.**
Next appearance date is at before U.S. Magistrate Judge for:
☐ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☒ Detention hearing waived ☒ Preliminary Revocation hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Defendant is bound over to the District Court for a final revocation hearing before Judge Montgomery. Defendant is ordered detained pending the final revocation hearing.

s/*Cathy Orlando*
Judicial Assistant