A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Thomas Michael Doepner

## WARRANT FOR ARREST

CASE NUMBER: **CR 00-159(1) ADM/AJB**

0541-0504-1039-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Thomas Michael Doepner

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

(By) Mary Kay Purchner, Deputy Clerk

May 4, 2005 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 11-10-05
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY M. [signature]

FILED
NOV 16 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04