UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-159(01)(ADM/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MICHAEL DOEPNER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER FOR DETENTION** |

This matter was before the Court on November 15, 2005, for a preliminary hearing on a petition alleging violations of the terms of defendant's supervised release, and for a hearing on the government's motion for detention. Defendant was present and represented by Katherine Menendez, Assistant Federal Defender. The government was represented by Nathan Petterson, Assistant United States Attorney.

Defendant, having been advised of his right to a preliminary hearing, and a hearing on the government's motion for detention, knowingly and voluntarily waived both hearings. Accordingly, probable cause was found, and defendant was bound over for a final revocation hearing before Ann D. Montgomery, United States District Court Judge. Defendant is ordered detained pending the final revocation hearing.

Dated: November 23, 2005

s/ *Franklin L. Noel*
FRANKLIN L. NOEL
United States Magistrate Judge