**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

THOMAS MICHEAEL DOEPNER,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: ANN D. MONTGOMERY
U.S. District Judge

| | |
|---|---|
| Case No: | 00-159(1)(ADM/AJB) |
| Date: | November 28, 2005 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:50 p.m. |
| Time in Court: | 20 Minutes |

## APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant: Kate Menendez

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant's supervised release is revoked and defendant shall serve10 months in the custody of the BOP with no supervision to follow.

Defendant is remanded to the custody of the U.S. Marshal.

s/Gertie Simon
Courtroom Deputy